CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

MAY 27 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| **KIMBERLY ADKINS,** | Case No. 4:04CV00042 |
| Plaintiff, | |
| v. | **ORDER** |
| | |
| | By: **Jackson L. Kiser** |
| **CROWN AUTO, INC., ET AL.,** | Senior United States District Judge |
| Defendants. | |

Before this Court are four (4) Motions for Partial Summary Judgment [15, 106, 108, 110] submitted by Defendant Crown Auto, Inc. ("Crown"), and two (2) Motions for Partial Summary Judgment [93, 95] submitted by Plaintiff Kimberly Adkins ("Adkins"). Oral argument was heard on May 12th, 2005 during which Crown argued one of its Motions [15], while Adkins argued both of hers. Crown's remaining three (3) Motions were submitted on brief and reviewed by the Court without hearing. For the reasons discussed below, Adkins' Motions for Partial Summary Judgment are **DENIED**, Crown's First and Third are **DENIED**, and Crown's Second and Fourth Motions are **GRANTED**.

The Clerk is hereby instructed to send a copy of this Order to all counsel of record.

Entered this 27th day of May, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge