Filed in open Court
M. Callaway, DClerk
6/17/2005

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke

**VERDICT**

KIMBERLY ADKINS,
Plaintiff(s)

vs. CIVIL ACTION NO. 4:04CV00042

CROWN AUTO INC., ET AL
Defendant(s)

We, the Jury, having tried the issues joined in the above-entitled action, find:

in favor of the plaintiff, KIMBERLY ADKINS, and fix damages in the amount of 23,700.

Julie T. Gardiner
FOREPERSON'S SIGNATURE

6-17-05
DATE

Julie T. Gardiner
FOREPERSON'S PRINTED NAME