IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ADKINS, | ) | Case No. 4:04CV00042 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: **Jackson L. Kiser** |
| CROWN AUTO, INC., ET AL., | ) | Senior United States District Judge |
| Defendants. | ) | |

Before this Court is the defendant Crown Auto's ("Crown") Motions for Judgment as a Matter of Law and Motion to Reduce Damages Awarded by the Jury. For the reasons stated in the accompanying Memorandum Opinion, Crown's Motions for Judgment as a Matter of Law and Motion to Reduce Damages Awarded by the Jury are **DENIED.**

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 27th day of July, 2005.

                                                   s/Jackson L. Kiser
                                                   Senior United States District Judge