IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

DANVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 4:04CV00042 |
| | ) | |
| CROWN AUTO, INC., | ) | **JUDGMENT IN A CIVIL CASE** |
| JOHN D. MOSS, | ) | |
| DONALD AARON, | ) | |
| | ) | |
| Defendants. | | |

This action came before the Court for a trial by jury. The jury has rendered its verdict as follows:

"We, the jury, having tried the issues joined in the above-entitled action, find: in favor of the plaintiff, KIMBERLY ADKINS, and fix damages in the amount of **$23,700.00.**

s/Julie T. Gardiner                                                                                    6/17/05
FOREPERSON'S SIGNATURE"

IT IS

**ADJUDGED AND ORDERED**

as follows:

(1) The jury verdict filed on June 17, 2005, shall be, and hereby is approved.

(2) The jury is hereby discharged and said verdict shall be recorded, which is accordingly done.

(3) The Plaintiff, KIMBERLY ADKINS, shall recover the sum of $23,700.00

from the Defendants, Crown Auto, Inc., John Moss and Donald Aaron, with interest in the amount of 3.68 percent per annum, until paid, and her costs of action.

   (4) All motions made during the trial are shown in the transcript, together with the Court's ruling thereon, and all post trial motions have been ruled on by Order and Memorandum Opinion.

   ENTER: This 28th day of July, 2005.

              s/Jackson L. Kiser
              SENIOR UNITED STATES DISTRICT JUDGE