IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **KIMBERLY ADKINS,** | ) |
| Plaintiff(s), | ) |
| vs. | ) Civil Action No. 4:04CV00042 |
| **CROWN AUTO, INC., ET AL,** | ) |
| Defendant(s). | ) |

## ORDER

Pursuant to Rule 7 of the Federal Rules of Appellate Procedure, the appellants are hereby ORDERED to post a costs bond, with proper surety, in the penal amount of $500.00 within ten (10) days from the date of this Order.

ENTER this 30th day of August, 2005.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

AO 410
(12/81)

BOND FOR COSTS

# United States District Court
for the

_____

==========

_____

_____

vs.                                   No. _____

_____

_____

KNOW ALL MEN BY THESE PRESENTS, that WHEREAS the above-named_____,

a resident of the State of _____, commenced an action in the

United States District Court for the_____ District of _____

against the said_____,

and WHEREAS the parties by their signatures and seals and for valuable consideration mutually agree

that _____, as principal

and _____, as surety, bind themselves to

pay to_____ or _____ executors, administrators,

or assigns, the sum of $ _____, to which payment they do bind and oblige themselves and their heirs, executors, and

administrators, jointly and severally by this instrument, NOW THEREFORE THE CONDITION OF THIS OBLIGATION is that if the

above-named_____ in the said action shall pay on demand

all costs that may be adjudged and awarded against _____

as aforesaid in said action, then this obligation shall be void, otherwise it shall be and remain in full force and effect.

Sealed and delivered in the presence of —

_____[seal]

_____[seal]

_____[seal]