IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| KIMBERLY ADKINS, | ) | |
|---|---|---|
| | ) | Case No. 4:04CV00042 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CROWN AUTO, INC., ET AL., | ) | |
| | ) | By: **Jackson L. Kiser** |
| Defendants. | ) | Senior United States District Judge |
| | ) | |
| | ) | |
| | ) | |

Before this Court is Plaintiff Kimberly Adkins' ("Adkins") Motion to Tax Costs. For the reasons stated in the accompanying Memorandum Opinion, Adkins' Motion is **GRANTED** in part and **DENIED** in part**.** The total amount taxed is $3,156.55. Defendants Crown Auto, Inc., John Moss, and Donald Aaron ("Crown") also requested attorney's fees in defending Adkins' Motion to Tax Costs. This Motion is **DENIED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 11th day of October, 2005.

                                                                   s/Jackson L. Kiser
                                                                    Senior United States District Judge